**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 03-6191**

───────────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

QUINCY DEMOND POWELL,

                                    Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Western
District of Virginia, at Danville.  Norman K. Moon, District Judge.
(CR-00-52)

───────────────

Submitted:  April 17, 2003          Decided:  April 23, 2003

───────────────

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Quincy Demond Powell, Appellant Pro Se. Donald Ray Wolthuis, OFFICE
OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Quincy Demond Powell appeals the district court's order denying his motions to proceed in forma pauperis and for discovery under Fed. R. Crim. P. 16. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis in this court and dismiss on the reasoning of the district court. See United States v. Powell, No. CR-00-52 (W.D. Va. Jan. 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED